MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 11, 2023

# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 11, 2023

Justin A. Guilfoyle
direct dial: 212.589.4607
jguilfoyle@bakerlaw.com

<u>VIA ECF</u>

The Honorable Andrew C. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Vernaize K. Coleman, et al v. Optum Inc., et al*
              <u>Case No.: 1:22-cv-05664-ALC</u>

Dear Judge Carter:

      This firm represents Defendant Equity Staffing Group, Inc. ("ESG") in the above-referenced action, and we submit this letter along with counsel for co-defendants Optum, Inc., Insight Global, LLC, Apex Systems, Inc. and Adecco USA, Inc. (collectively with ESG, "Defendants") pursuant to Rule 1.D. of Your Honor's Individual Practices to request a brief extension of the deadline to submit Defendants' reply briefs in connection with their motions to compel arbitration and/or motions to dismiss.

      Specifically, Defendants request a very brief four-day extension from Monday, January 16, 2023 to and including Friday, <u>January 20, 2023</u>. There have been no previous requests for the relief sought herein. We have spoken with counsel for the plaintiffs, and Jack Raisner, Esq. does not consent to Defendants' instant request, but rather, only consents to a two-day extension. Defendants' requested extension would not affect any other scheduled dates.

      Defendants thank the Court for its time and consideration of this request. Should Your Honor need any additional information, the undersigned will make themselves available at the Court's convenience.

********

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

The Honorable Andrew C. Carter, Jr.
January 11, 2023
Page 2

Respectfully submitted,

| BAKER & HOSTETLER LLP | SEYFARTH SHAW LLP |
|---|---|
| / s /   *Justin A. Guilfoyle* | / s /   *Matthew Gagnon* |
| Justin A. Guilfoyle | Matthew Gagnon |
| *Attorneys for Defendant Equity Staffing Group, Inc.* | *Attorneys for Defendant Optum, Inc.* |

| FISHER BROYLES LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| / s /   *Christina H. Bost Seaton* | / s /   *Shawn D. Fabian* |
| Christina H. Bost Seaton | Shawn D. Fabian |
| *Attorneys for Defendant Apex Systems, LLC* | *Attorneys for Defendant Insight Global, LLC* |

**SMITH, GAMBRELL & RUSSELL, LLP**

/ s /   *Daniel S. Goldstein*

Daniel S. Goldstein

*Attorneys for Defendant Adecco USA, Inc.*

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Jan. 11, 2023