UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNAIZE K. COLEMAN, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>     *Plaintiffs*,<br><br> -against-<br><br>OPTUM INC., et al.,<br><br>     *Defendants*. | 1:22-cv-05664 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court hereby directs the WTPA Plaintiffs to file their amended complaint by December 27, 2024.

**SO ORDERED.**

Dated: December 4, 2024
   New York, New York

                   *[signature]*
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**