IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNAIZE K. COLEMAN, CYNTHIA HOLMES, and DANIELA PORCINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTUM, INC., INSIGHT GLOBAL, LLC, and NEW YORK CITY HEALTH and HOSPITALS CORPORATON,<br><br>Defendants. | CASE NO. 22-CV-05664 (ALC) |

**PLAINTIFF PORCINO'S**
**NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniela Porcino hereby voluntarily dismisses her Complaint against Defendants Optum, Inc., and Insight Global, LLC[1], with prejudice.


DATED: May 6, 2025            Respectfully submitted,

/s/ *Jack A. Raisner*
Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Fax:    (212) 221-1747
Email: rsr@raisnerroupinian.com

---

[1] Plaintiff Porcino's Complaint asserted claims against only these two defendants.

1

Email: jar@raisnerroupinian.com

*Counsel for Plaintiff Porcino*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNAIZE K. COLEMAN, CYNTHIA HOLMES, and DANIELA PORCINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTUM, INC., INSIGHT GLOBAL, LLC, and NEW YORK CITY HEALTH and HOSPITALS CORPORATON,<br><br>Defendants. | CASE NO. 22-CV-05664 (ALC) |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of *Plaintiff Porcino's Notice of Dismissal of Complaint with Prejudice* has been served via ECF on May 6, 2025 on all counsel of record.

/s/ *Jack A. Raisner*
Jack A. Raisner

3