

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/22/2025__

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

August 21, 2025

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Coleman, et al. v. Optum, Inc., et al.*, 22-cv-5664 (ALC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter on behalf of Defendant New York City Health and Hospitals Corporation ("H+H").

      The individual Plaintiffs Vernaize Coleman and Cynthia Holmes bring a putative class action against H+H under the New York Wage Theft Protection Act, N.Y. Labor Law § 195(3).

      I write to respectfully request an extension of time for Defendant H+H to serve and file its anticipated motion to dismiss the Amended Complaint – to enable the parties to try to resolve the matter, thereby obviating the need for motion practice. This is Defendant H+H's fourth request for an extension, and the Court granted its first three requests. Counsel for Plaintiffs consent to this request.

      Since the Court granted the most recent extension request, the parties have made progress in their settlement discussions. But because I am currently out of the office for two weeks on annual leave, and because before that, counsel for Plaintiffs was out of the country, the parties require additional time to finalize their settlement discussions. The requested extension, therefore,

will enable the parties to continue their efforts at reaching a settlement prior to expending the parties' and judicial resources on motion practice.

Accordingly, Defendant H+H respectfully requests that the Court grant a 30-day extension of time, from August 21, 2025 until September 22, 2025, to serve and file its anticipated motion to dismiss the Amended Complaint.

I thank the Court for its consideration of the within.

Respectfully submitted,

/s/
Philip S. Frank
Assistant Corporation Counsel

cc:   All counsel of record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 22, 2025

- 2 -