MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   4/10/2026



THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

September 22, 2025

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Coleman, et al. v. Optum, Inc., et al.*, 22-cv-5664 (ALC)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter on behalf of Defendant New York City Health and Hospitals Corporation ("H+H"). The individual Plaintiffs Vernaize Coleman and Cynthia Holmes bring a putative class action against H+H under the New York Wage Theft Protection Act, N.Y. Labor Law § 195(3).

   I write to advise the Court that Defendant H+H and Plaintiffs Coleman and Holmes have reached a settlement in principle. The parties are currently working on drafting the settlement papers and the stipulation of dismissal for the Court's endorsement.

   Accordingly, Defendants respectfully request, on consent, that the Court grant an adjournment, *sine die*, of Defendant H+H's deadline to serve and file its motion to dismiss the Amended Complaint, which is currently due today.

I thank the Court for its consideration of the within.

Respectfully submitted,

_____/s/_____

Philip S. Frank
Assistant Corporation Counsel

cc:    All counsel of record (via ECF)

The request for an extension of time is **GRANTED**. The Parties are **ORDERED** to filed a joint status report regarding their progress on finalizing the settlement agreement by **April 17, 2026**. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 160.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 10, 2026

- 2 -