**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VERNAIZE K. COLEMAN, et al., On Behalf Of Themselves And All Others Similarly Situated,** | |
| *Plaintiffs*, | **1:22-cv-05664 (ALC)** |
| -against- | **ORDER OF DISCONTINUANCE** |
| **OPTUM INC., et al.,** | |
| *Defendants*. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within forty-five days.

**SO ORDERED.**

Dated:    April 23, 2026
         New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**